## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2015.   State ex rel. Maynard v. Columbus.**
Franklin App. No. 07AP–8, 2007-Ohio-5345.

## CASE ANNOUNCEMENTS

*November 30, 2007*

[Cite as *11/30/2007 Case Announcements,* 2007-Ohio-6329.]

## MOTION AND PROCEDURAL RULINGS

**2006–1247.   Harris v. Mt. Sinai Med. Ctr., 2007-Ohio-5587.**
Cuyahoga App. Nos. 85286, 85574, and 85605, 166 Ohio App.3d 647, 2006-Ohio-2206. Reported at Slip Opinion No. 2007-Ohio-5587.

Upon consideration of appellee's motion for settlement conference, it is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS